Wilbert Olson et al., Appellees, v. Herbert M. Smeby, Individually and as Executor, et al., Appellants.

Gen. No. 40,865. (Abstract of Decision.)

Heard in first division, first district, this court at October term, 1939; opinion filed May 20, 1940. Elmer J. Tone, for appellants; Clyde C. Fisher, of counsel; Schachner & Siegan and Charles C. and Richard M. Spencer, for appellees. Opinion by JUSTICE O'CONNOR. "Not to be published in full."